**Dismiss; Opinion Filed January 27, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00399-CV

**UNIVERSAL SOFTWARE SOLUTIONS, INC. D/B/A VERSASUITE, Appellant**

**V.**

**FIRST BAPTIST MEDICAL CENTER, LLC, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16025**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Myers

The parties have filed a joint motion for dismissal of appeal. In the motion, the parties

notify the Court that they have settled all claims and counterclaims in the lawsuit and request that

the Court dismiss the appeal. We grant the parties motion, and we order the appeal dismissed.



/Lana Myers/
LANA MYERS
JUSTICE

190399F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

UNIVERSAL SOFTWARE SOLUTIONS, INC. D/B/A VERSASUITE, Appellant

No. 05-19-00399-CV     V.

FIRST BAPTIST MEDICAL CENTER, LLC, Appellee

On Appeal from the 116th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-18-16025.
Opinion delivered by Justice Myers.
Justices Osborne and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 27th day of January, 2020.